UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO.: 19-22042-CIV**

(Fla. Cir. Ct. Case No. 19-009411 CA 01)

YVONNE A. BELLO,

    Plaintiff,

v.

MIAMI-DADE POLICE DEPARTMENT/
MIAMI-DADE COUNTY,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant MIAMI-DADE POLICE DEPARTMENT, files this Notice of Removal and removes this action to the United States District Court for the Southern District of Florida, Miami Division, based on the facts and provisions set forth below:

1. On May 1, 2019, Plaintiff served the MIAMI-DADE POLICE DEPARTMENT with the Summons and Complaint.

2. The Complaint is captioned "YVONNE A. BELLO, Plaintiff, v. MIAMI-DADE POLICE DEPARTMENT/MIAMI-DADE COUNTY, **Defendant**." (emphasis added). Based upon review of the state court docket it appears that Plaintiff applied for a single summons for a single defendant, the MIAMI-DADE POLICE DEPARTMENT. The Complaint alleges that the Defendant is MIAMI-DADE POLICE DEPARTMENT/MIAMI-DADE COUNTY. Therefore, there are no other defendants in this case and no other defendant has been served.

3. The Complaint alleges that Defendant violated the Americans with Disabilities Act of 1990, 42 U.S.C. § 12111, *et seq.* and the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq.* Accordingly, this Court has original jurisdiction over these claims pursuant to 28 U.S.C. § 1331, and the action is therefore removable pursuant to 28 U.S.C. § 1441(a).

4. Venue is proper in this District and Division because the conduct at issue allegedly took place within Miami-Dade County, Florida. *Compl* ¶ 7.

5. This Notice is timely because it is being filed within thirty days since service of the Summons and Complaint on Defendant, the MIAMI-DADE POLICE DEPARTMENT.

6. A copy of all process, pleadings and orders served upon Defendant is attached to this Notice of Removal. Specifically, a copy of the summons and complaint served on the MIAMI-DADE POLICE DEPARTMENT is attached as **Exhibit A**. No other papers, pleadings or process have been served upon Defendant, the MIAMI-DADE POLICE DEPARTMENT.

7. A Civil Cover Sheet is attached as **Exhibit B**.

8. Prompt written notice of the removal of this action is being provided to Plaintiff via email, and a copy of this Notice of Removal will be filed with the Clerk of the State Court.

9. WHEREFORE, Defendant, the MIAMI-DADE POLICE DEPARTMENT, invokes its right to remove this case to federal court and prays that the Court accept and retain jurisdiction over this action.

Dated: May 21, 2019.

        Respectfully submitted,

        ABIGAIL PRICE-WILLIAMS
        Miami-Dade County Attorney
        Stephen P. Clark Center
        111 N.W. 1st Street, Suite 2810
        Miami, Florida  33128

By:  */s/ Ezra S. Greenberg*
    Ezra S. Greenberg, Esq.
    Assistant County Attorney
    Fla. Bar. No. 85018
    Telephone: (305) 375-5151
    Email: ezrag@miamidade.gov
    *Attorney for Defendant,*
    *Miami-Dade Police Department*

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on the date shown above a true and correct copy of the foregoing was served on all counsel of record via email at Anthony M. Georges-Pierre, Esq. and Max L. Horowitz, Esq., 44 West Flagler Street, Suite 2200, Miami, Florida 33130, at agp@rgpattorneys.com and mhorowitz@rgpattorneys.com via email generated by the Florida Court's E-filing Portal.

        */s/ Ezra S. Greenberg*
        Assistant County Attorney