United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Yvonne A. Bello, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil Action No. 19-22042-Civ-Scola |
| Miami-Dade Police | ) |
| Department/Miami-Dade County, | ) |
| Defendant. | ) |

## Judgment Awarding Costs

Before the Court is the Defendant's motion for entry of final judgment. (ECF No. 32.) The Plaintiff's time to respond to the motion has now passed. The Court previously dismissed this case (Order, ECF No. 20) and now **grants** the motion (**ECF No. 32**), entering judgment against Plaintiff Yvonne Bello and in favor of Defendant Miami-Dade County, as required by Federal Rule of Civil Procedure 58. Final judgment is entered in favor of the Defendant and against the Plaintiff in the amount of **$760.00**. The judgment shall bear interest from September 27, 2019 (*see* Judgment, ECF No. 22) at the rate of 1.86%, as set forth in 28 U.S.C. § 1961, for which sum let execution issue.

It is further ordered and adjudged that the judgment debtor(s) shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor is not represented by an attorney, within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

The Court retains jurisdiction to enter further orders that are proper to compel the judgment debtor(s) to complete Form 1.977, including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor is not represented by an attorney.

This case remains **closed**.

**Done and ordered** at Miami, Florida, on April 14, 2020.

_____
Robert N. Scola, Jr.
United States District Judge